1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  LOWELL C. POWELL  (CABN 235446)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California  94102
       Telephone:     (415) 436-7368
7      Facsimile:     (415) 436-7234
       Email: lowell.powell2@usdoj.gov
8
   Attorneys for Plaintiff
9

10

11                 UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,        )   NO. CR 11-0024 SI
15                                  )
          Plaintiff,                )
16                                  )
       v.                           )   **STIPULATION AND [PROPOSED]**
17                                  )   **ORDER EXCLUDING TIME UNDER 18**
   PEDRO VALERA SANTIAGO,           )   **U.S.C. § 3161**
18    a/k/a Pedro Vallejo Santiago, )
      a/k/a Javier Henardes Valera, )
19    a/k/a Jose Mendez,            )
                                    )
20        Defendant.                )
   _____)
21

22        On January 19, 2011, the parties in this case appeared before the Court.  At that time, the

23  Court set the matter to January 28, 2011 at 11:00 a.m. before the Honorable Susan Illston.  The

24  parties have agreed to exclude the period of time between January 19, 2011 and January 28,

25  2011, from any time limits applicable under 18 U.S.C. § 3161.  The parties have represented that

26  granting the exclusion would allow the reasonable time necessary for effective preparation of

27  counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice

28  served by granting such an exclusion of time outweigh the best interests of the public and the

1  defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings
2  consistent with this agreement. **SO STIPULATED**:

                MELINDA HAAG
                United States Attorney

DATED: January 20, 2011                /s/
                LOWELL C. POWELL
                Special Assistant United States Attorney

DATED: January 20, 2011                /s/
                LOREN D. STEWART
                Attorney for PEDRO VALERA SANTIAGO

## [~~PROPOSED~~] ORDER

For the reasons stated above and at the January 19, 2011 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from January 19, 2011 through January 28, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would unreasonably deny counsel for the defendant and for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). **IT IS SO ORDERED**.

DATED: January 25, 2011

_____
THE HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0024 SI

3